# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**UNTIED STATES OF AMERICA**

**VS.**                                                    **CASE NO. 2:11CR048-A-S**

**MARVIN LOUIS NELSON**

## ORDER

Before the court is Defendant Marvin Louis Nelson's Motion for Bond or in the

Alternative a Detention Hearing (#19).  In support of the motion, the defendant states that his

counsel has confirmed that there is an active warrant for his arrest issued by the State of

California on charges of parole violations and that said authorities intend to extradite him to

California if he is released on conditions of bond.  Based on this, Nelson requests that the court

consider bond in order to allow him the opportunity to resolve the California case prior to

disposition of the instant case.  The government responds by pointing to the defendant's

extensive criminal history in several states, including the California warrant (which has been

active since March 2009), an active 2008 Illinois warrant for a probation violation, and several

serious felony convictions.  The government further states that upon conclusion of these

proceedings, the defendant will have ample opportunity to be extradited to California and that

there is no reason to delay these proceedings in order to allow the extradition to California.  The

defendant offers no reply to these arguments.

The State of California has placed a detainer on the defendant.  Additionally, this case is

currently  set for trial on June 13, 2011, just a little over a month from today.  Accordingly, the

court finds both that there is no reasonable assurance of the safety of the community and there is

no reason to delay these proceedings.  Therefore, the defendant's request for bond or a detention

hearing is hereby **DENIED.**

      **SO ORDERED** this 10th day of May, 2011.


**/s/ David A. Sanders**
**U. S. MAGISTRATE JUDGE**